# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **SUSAN M. HARVILL,** *et al.,* | Case No. 1:14-cv-00901 |
| **Plaintiffs,** | Judge Timothy S. Black |
| -v- | |
| **CINCINNATI FINANCIAL CORPORATION,** *et al.,* | |
| **Defendants.** | |

## AGREED ENTRY OF DISMISSAL WITH PREJUDICE

Now come the parties, through respective counsel, and jointly represent to the Court that the above-styled cause has been fully compromised, agreed and settled, and therefore jointly stipulate that the within cause be DISMISSED WITH PREJUDICE. Costs to be borne as advanced by the respective parties.

IT IS SO ORDERED

Dated: 6/8/2015

_/s/Timothy S. Black_____
Judge Timothy S. Black
United States District Judge

**AGREED:**

*/s/Raymond W. Lembke*				
Raymond W. Lembke 0003044
Law Office of Raymond W. Lembke
432 Walnut Street, Suite 1000
Cincinnati, Ohio  45202-3951
(513) 621-9603
*Attorney for Defendant Thao Thanh Chau*


*/s/ Joseph C. Kammer*				
Joseph C. Kammer 0012904

*/s/ Alvertis W. Bishop,. Jr.*				
Alvertis W. Bishop Jr. 0025391
Cincinnati, Ohio   45202
Telephone:  (513) 241-0738
Facsimile:  (513) 241-0154
*Attorneys for Plaintiffs Susan M. Harvill*
*and the Estate of Christopher M. Martin*



*/s/ Jacob D. Rhode*				
Michael L. Scheier (0055512)
Jacob D. Rhode (0089636)
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone:  (513) 579-6400
Fax:  (513) 579-6457
mscheier@kmklaw.com
jrhode@kmklaw.com
*Attorneys for Defendants Cincinnati*
*Financial Corporation, The Cincinnati*
*Insurance Company, and Fidelity*
*Management Trust Company*

6061653